**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MATVEI SHCHEULNIKOV,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　　　　　24 **CIVIL** 0441 (JLR)

## **JUDGMENT**

THOMAS A. CIOPPA, New York District Director,
U.S. Citizenship and Immigration Services,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated November 12, 2024, the Government's motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      November 13, 2024

                                                  **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                          **BY:**
                                            _____
                                              **Deputy Clerk**